Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Sierra Club, et al.

             Plaintiff(s),

  v.

Scott Angelle, et al.

             Defendant(s).

Case No: 19-cv-3263-TSH

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

    I, Christopher Eaton, an active member in good standing of the bar of the State of Washington, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Sierra Club, et al. in the above-entitled action. My local co-counsel in this case is Brettny Hardy, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 705 Second Ave., Suite 203<br>Seattle, WA 98104 | 50 California St., Suite 500<br>San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (206) 343-7340 | (415) 217-2000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| ceaton@earthjustice.org | bhardy@earthjustice.org |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 47268.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 06/25/19

                                                   Christopher Eaton
                                                          APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of Christopher Eaton is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

                                                  UNITED STATES DISTRICT/MAGISTRATE JUDGE

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION ) | | BAR NO. 47268 |
| ) | | |
| OF ) | | **CERTIFICATE** |
| ) | | |
| CHRISTOPHER DOUGLASS EATON ) | | **OF** |
| ) | | |
| TO PRACTICE IN THE COURTS OF THIS STATE ) | | **GOOD STANDING** |
| ) | | |

I, Susan L. Carlson, Clerk of the Supreme Court of the State of Washington, hereby certify

**CHRISTOPHER DOUGLASS EATON**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on April 3, 2014, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 11th day of June, 2019.

Susan L. Carlson
Supreme Court Clerk
Washington State Supreme Court