LAWRENCE J. VANDYKE
Deputy Assistant Attorney General
MICHAEL S. SAWYER
Trial Attorney, Natural Resources Section
MICHELLE-ANN C. WILLIAMS
Trial Attorney, Natural Resources Section
H. HUBERT YANG (DC Bar No. 491308)
Senior Trial Attorney, Wildlife & Marine Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
Tel:  (202) 514-5273 (Sawyer)
Tel:  (202) 305-0420 (Williams)
Tel:  (202) 305-0209 (Yang)
E-mail:  michael.sawyer@usdoj.gov
E-mail:  michelle-ann.williams@usdoj.gov
E-mail:  hubert.yang@usdoj.gov

*Attorneys for Defendants*

*(Additional Parties / Counsel on Signature Page)*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB, et al., | No. 3:19-cv-03263-RS |
| Plaintiffs, | ORDER |
| | JOINT STIPULATION TO CONTINUE |
| v. | CASE MANAGEMENT CONFERENCE |
| | AND RELATED DEADLINES |
| SCOTT ANGELLE, in his official capacity | |
| as Director of the Bureau of Safety and | |
| Environmental Enforcement, et al., | |
| Defendants. | |

Plaintiffs and Defendants hereby stipulate, subject to the Court's approval, to (1) a 28-day

continuance, until October 24, 2019, of the case management conference currently scheduled for

September 26, 2019, at 10:00 a.m., *see* Docket ("Dkt.") 12, to provide the parties with additional

time to confer regarding scheduling, alternative dispute resolution, and other matters; (2) allowing

the parties' counsel to appear at the case management conference by telephone and also moving the case management conference to 11:00 a.m. to be held telephonically, in accordance with the clerk's notice, *id*.; and (3) resetting the related deadlines, as follows:

|  | Stipulated Date |
|---|---|
| ADR certifications | October 3, 2019 |
| Case management statement | October 17, 2019 |
| Case management conference | October 24, 2019 at 11:00 a.m |

Dated:  September 19, 2019                    Respectfully submitted,


*/s/ Christopher Eaton*                       LAWRENCE J. VANDYKE
CHRISTOPHER EATON (pro hac vice)              Deputy Assistant Attorney General
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104                             */s/ Michael S. Sawyer*
Tel:  (206) 343-7340                          MICHAEL S. SAWYER
Fax:  (206) 343-1526                          Trial Attorney
E-mail:  ceaton@earthjustice.org              Natural Resources Section


*/s/ Brettny Hardy*                           */s/ Michelle-Ann C. Williams*
BRETTNY HARDY (CSB No. 316231)                MICHELLE-ANN C. WILLIAMS
Earthjustice                                  Trial Attorney
50 California Street, Suite 500               Natural Resources Section
San Francisco, CA 94111
Tel:  (415) 217-2000
Fax:  (415) 217-2040                          */s/ H. Hubert Yang*
E-mail:  bhardy@earthjustice.org              H. HUBERT YANG (DC Bar No. 491308)
                                              Senior Trial Attorney
*Attorneys for Plaintiffs Healthy Gulf,*      Wildlife & Marine Resources Section
*Center for Biological Diversity,*            Environment & Natural Resources Division
*Defenders of Wildlife, and Friends*          United States Department of Justice
*of the Earth*                                P.O. Box 7611
                                              Washington, DC 20044-7611
                                              Tel:  (202) 514-5273 (Sawyer)
*/s/ Devorah Ancel*                           Tel:  (202) 305-0420 (Williams)
DEVORAH ANCEL (CSB No. 261038)                Tel:  (202) 305-0209 (Yang)
Sierra Club                                   Fax:  (202) 305-0275
6406 North IH-35, Suite 1806                  E-mail:  michael.sawyer@usdoj.gov
Austin, TX 78752                              E-mail:  michelle-ann.williams@usdoj.gov

Tel: (415) 845-7847
Fax: (510) 208-3140
E-mail: devorah.ancel@sierraclub.org

*Attorney for Plaintiffs Sierra Club and Healthy Gulf*

/s/ David Pettit
DAVID PETTIT (CSB No. 67128)
Natural Resources Defense Council
1314 2nd Street
Santa Monica, CA 90401
Tel: (310) 434-2300
Fax: (888) 875-6868
E-mail: dpettit@nrdc.org

*Attorney for Plaintiff Natural Resources Defense Council*

/s/ Catherine Wannamaker
CATHERINE WANNAMAKER
(pro hac vice)
Southern Environmental Law Center
463 King Street, Suite B
Charleston, SC 29403
Tel: (843) 720-5270
Fax: (843) 414-7039
E-mail: cwannamaker@selcsc.org

*Attorney for Plaintiffs North Carolina Coastal Federation and South Carolina Coastal Conservation League*

E-mail: hubert.yang@usdoj.gov

*Attorneys for Defendants*

JT. STIP. TO CONTINUE CASE MANAGEMENT
CONFERENCE AND RELATED DEADLINES

No. 3:19-cv-03263-RS

3

1    PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3    Dated: ___9/19_____, 2019          By: _____

4                                                THE HONORABLE RICHARD SEEBORG

5                                                UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JT. STIP. TO CONTINUE CASE MANAGEMENT
CONFERENCE AND RELATED DEADLINES                              No. 3:19-cv-03263-RS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION OF CONCURRENCE**

In accordance with Civil Local Rule 5-1(i)(3), I hereby attest that I obtained concurrence in the filing for the signatures of all counsel indicated by a conformed signature ("/s/") within this e-filed document.

/s/ H. Hubert Yang
H. HUBERT YANG
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0209
Fax: (202) 305-0275
E-mail: hubert.yang@usdoj.gov

*Attorney for Defendants*