# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SIERRA CLUB et al., <br>      *Plaintiffs,* <br>   v. <br> SCOTT ANGELLE in his official capacity as DIRECTOR of the BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT et al., <br>      *Defendants*, <br>      & <br> AMERICAN PETROLEUM INSTITUTE, <br>      *Intervenor-Defendant.* | CIVIL ACTION <br><br> No.:  19-cv-13966-BWA-MBN <br><br> Section:  M <br><br> Judge:  Hon. Barry Ashe <br><br> Magistrate:  Hon. Michael North |

## EX-PARTE MOTION FOR LEAVE FOR CHRISTOPHER EATON TO APPEAR PRO HAC VICE

The undersigned counsel, being duly admitted to this Court, respectfully moves under LR83.2.5 for leave for Christopher Eaton to appear and participate *pro hac vice* as co-counsel for Plaintiffs Healthy Gulf, Center for Biological Diversity, Defenders of Wildlife, and Friends of the Earth in the above-captioned case.  Attached to this motion are a certificate of good standing, a completed ECF registration form, and Mr. Eaton's affidavit.

Respectfully submitted this 24th day of December, 2019.

           */s/ Corinne Van Dalen*
           Corinne Van Dalen (LA Bar # 21175)
           Earthjustice
           900 Camp Street, Unit 303
           New Orleans, LA 701
           T: 415.283.2335  F: 415.217.2040
           cvandalen@earthjustice.org