UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SIERRA CLUB et al., *Plaintiffs*, v. SCOTT ANGELLE in his official capacity as DIRECTOR of the BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT et al., *Defendants*, & AMERICAN PETROLEUM INSTITUTE, *Intervenor-Defendant.* | CIVIL ACTION<br><br>No.: 19-cv-13966-BWA-MBN<br><br>Section: M<br><br>Judge: Hon. Barry Ashe<br><br>Magistrate: Hon. Michael North |

**DECLARATION OF CHRISTOPHER EATON IN SUPPORT OF EX PARTE MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

I, CHRISTOPHER EATON, declare and state as follows:

1. My name is Christopher Eaton.

2. I am a member in good standing and am eligible to practice in the following courts:

| Court | Admission Date |
|---|---|
| 10th Circuit | October 28, 2015 |
| Washington State Courts (WSBA #47268) | April 3, 2014 |
| District of Columbia Circuit Court of Appeals | June 30, 2017 |

3. I have not been suspended, disbarred, or disciplined in any bar.

4. No disciplinary proceedings nor criminal charges have been instituted against me.

2

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of December, 2019, at Seattle, Washington.

_____
Christopher Eaton