# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SIERRA CLUB et al., <br>                 *Plaintiffs,* <br>     v. <br> SCOTT ANGELLE in his official capacity as DIRECTOR of the BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT et al., <br>                 *Defendants*, <br>                 & <br> AMERICAN PETROLEUM INSTITUTE, <br>                 *Intervenor-Defendant.* | CIVIL ACTION <br><br> No.:        19-cv-13966-BWA-MBN <br><br> Section:    M <br><br> Judge:      Hon. Barry Ashe <br><br> Magistrate:  Hon. Michael North |

## [PROPOSED] ORDER

Upon consideration of the Ex Parte Motion for Leave for Christopher Eaton to Appear *Pro Hac Vice* on behalf of Plaintiffs Healthy Gulf, Center for Biological Diversity, Defenders of Wildlife, and Friends of the Earth for all purposes in this case, ECF No. 63, and the Court being fully advised in the premises, it is hereby ORDERED that said motion is granted.

Dated: _____

                                              _____
                                              UNITED STATES DISTRICT JUDGE