**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| SIERRA CLUB et al., | CIVIL ACTION |
| *Plaintiffs,* | |
| v. | No.:         19-cv-13966-BWA-MBN |
| SCOTT ANGELLE in his official capacity as DIRECTOR of the BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT et al., | Section:     M |
| *Defendants,* | Judge:       Hon. Barry Ashe |
| & | Magistrate:   Hon. Michael North |
| AMERICAN PETROLEUM INSTITUTE, | |
| *Intervenor-Defendant.* | |

## CONSENT MOTION TO STAY CASE FOR SIXTY DAYS

Federal Defendants respectfully submit this unopposed motion to stay this case for sixty days in order to allow new officials within the United States Department of the Interior to evaluate the case and to avoid lodging potentially unnecessary objections to Magistrate Judge North's March 4, 2021 Order and Reasons, rec. doc. 124.  That Order granted Plaintiffs' Motion to Compel Completion of the Administrative Record and Permit Discovery.  Federal Defendants have until March 18, 2021 to object to that order, Fed. R. Civ. P. 72(a), and anticipate doing so unless that deadline is stayed.  Federal Defendants submit that there is good cause for a sixty-day stay of the case, which would allow incoming officials within the United States Department of the Interior and the Bureau of Safety and Environmental Enforcement to meaningfully assess that order and permit the parties to discuss potential resolution of their differences with respect to the administrative record.  The undersigned counsel hereby certify that counsel for Plaintiffs and Intervenor have stated that their clients do not oppose the requested stay.

Respectfully submitted this 11th day of March, 2021.

JEAN E. WILLIAMS
Acting Assistant Attorney General

*/s/ Michael S. Sawyer*
MICHAEL S. SAWYER (DC Bar No. 1009040)
Trial Attorney
Natural Resources Section
MICHELLE-ANN C. WILLIAMS
Trial Attorney
Natural Resources Section

*/s/ H. Hubert Yang*
H. HUBERT YANG (DC Bar No. 491308)
Senior Trial Attorney
Wildlife & Marine Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
Tel:  (202) 514-5273 (Sawyer)
Tel:  (202) 305-0420 (Williams)
Tel:  (202) 305-0209 (Yang)
Fax:  (202) 305-0275
E-mail:  michael.sawyer@usdoj.gov
E-mail:  michelle-ann.williams@usdoj.gov
E-mail:  hubert.yang@usdoj.gov

*Attorneys for Federal Defendants*