## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SIERRA CLUB et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>SCOTT ANGELLE in his official capacity as DIRECTOR of the BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT et al.,<br><br>*Defendants,*<br><br>&<br><br>AMERICAN PETROLEUM INSTITUTE,<br><br>*Intervenor-Defendant.* | CIVIL ACTION<br><br>No.:          19-cv-13966-BWA-MBN<br><br>Section:      M<br><br>Judge:        Hon. Barry Ashe<br><br>Magistrate:   Hon. Michael North |

## JOINT STATUS REPORT

Plaintiffs, Federal Defendants, and Intervenor-Defendant (herein, the "Parties") respectfully submit this Joint Status Report.  On March 4, 2021, Magistrate Judge North granted Plaintiffs' Motion to Compel Completion of the Administrative Record and Permit Discovery. Rec. Doc. 124.  Federal Defendants have until March 18, 2021 to object to that order, Fed. R. Civ. P. 72(a), and anticipate doing so unless that deadline is stayed.  In order to allow incoming officials within the United States Department of the Interior and the Bureau of Safety and Environmental Enforcement to meaningfully assess that order, and to permit the parties to discuss potential resolution of their differences with respect to the administrative record, Federal Defendants will move to stay the case for sixty days.  Plaintiffs and Intervenor do not oppose that request.

Respectfully submitted this 11th day of March, 2021.

/s/ Joel R. Waltzer
Joel R. Waltzer (LA Bar #19268)
Waltzer, Wiygul & Garside, LLC
3201 General DeGaulle Drive
New Orleans, LA 70114
T: 504-340-6300  F: 504-340-6330
Email: joel@waltzerlaw.com

Counsel for Sierra Club, Natural Resources
Defense Council, Healthy Gulf, North
Carolina Coastal Federation; South Carolina
Coastal Conservation League

/s/ Devorah Ancel
Devorah Ancel (pro hac vice)
Sierra Club
85 Second Street, 2nd Floor
San Francisco, CA 94105
T: 415-977-5721  F: 415-977-5793
devorah.ancel@sierraclub.org

Counsel for Plaintiffs Sierra Club and
Healthy Gulf

/s/ Corinne Van Dalen
Corinne Van Dalen (LA Bar # 21175)
Earthjustice
900 Camp Street, Unit 303
New Orleans, LA 70130
T: 415.283.2335 F: 415.217.2040
cvandalen@earthjustice.org

/s/ Brettny Hardy
Brettny Hardy (pro hac vice)
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
T: 415-217-2000  F: 415-217-2040
bhardy@earthjustice.org

/s/ Christopher Eaton
Christopher Eaton (pro hac vice)
Earthjustice
810 Third Avenue, Suite 610
Seattle, WA 98104
T: 206-343-7340  F: 206-343-1526
ceaton@earthjustice.org

Counsel for Plaintiffs Healthy Gulf, Center
for Biological Diversity, Defenders of
Wildlife, and Friends of the Earth

/s/ David Pettit
David Pettit (pro hac vice)
Natural Resources Defense Council
1314 2nd Street
Santa Monica, CA 90401
T: 310-434-2300  F: 888-875-6868
dpettit@nrdc.org

Counsel for Plaintiff Natural Resources
Defense Council

JEAN E. WILLIAMS
Acting Assistant Attorney General

/s/ Catherine Wannamaker
Catherine Wannamaker (pro hac vice)
Southern Environmental Law Center
463 King Street, Suite B
Charleston, SC 29403-7204
T: 843-720-5270  F: 843-414-7039
cwannamaker@selcsc.org

Counsel for Plaintiffs North Carolina Coastal
Federation and South Carolina Coastal
Conservation League

/s/ Alida C. Hainkel
Jonathan A. Hunter (La. Bar No. 18619)

*/s/ Michael S. Sawyer*
MICHAEL S. SAWYER (DC Bar No. 1009040)
Trial Attorney
Natural Resources Section

*/s/ Michelle-Ann C. Williams*
MICHELLE-ANN C. WILLIAMS
Trial Attorney
Natural Resources Section

*/s/ H. Hubert Yang*
H. HUBERT YANG (DC Bar No. 491308)
Senior Trial Attorney
Wildlife & Marine Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
Tel:  (202) 514-5273 (Sawyer)
Tel:  (202) 305-0420 (Williams)
Tel:  (202) 305-0209 (Yang)
Fax:  (202) 305-0275
E-mail:  michael.sawyer@usdoj.gov
E-mail:  michelle-ann.williams@usdoj.gov
E-mail:  hubert.yang@usdoj.gov

*Attorneys for Federal Defendants*

Alida C. Hainkel (La. Bar No. 24114)
Sarah Y. Dicharry (La. Bar No. 34514)
JONES WALKER LLP
201 St. Charles Avenue, Suite 5100
New Orleans, LA  70170-5100
Telephone:  (504) 582-8000
Facsimile:  (504) 582-8583
jhunter@joneswalker.com
ahainkel@joneswalker.com
sdicharry@joneswalker.com

*Attorneys for Intervenor-Defendant American Petroleum Institute*