UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SIERRA CLUB, *et al.* | CIVIL ACTION |
| VERSUS | NO. 19-13966 |
| SCOTT MABRY, *et al.* | SECTION M (5) |

## ORDER

Considering the consent motion of defendants, Scott Mabry, in his official capacity as Acting Director of the Bureau of Safety and Environmental Enforcement, the Bureau of Safety and Environmental Enforcement, the Department of the Interior, and Debra Haaland, in her official capacity as Secretary of the Interior, to extend the stay in the case for forty-five days (R. Doc. 128),

IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that the case and any pending deadlines are stayed for forty-five days through and including June 25, 2021.

New Orleans, Louisiana, this 11th day of May, 2021.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE