UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SIERRA CLUB, *et al.*            CIVIL ACTION

VERSUS            NO. 19-13966

SCOTT MABRY, *et al.*            SECTION M (5)

## ORDER

Considering the consent motion of Defendants Scott Mabry, in his official capacity as Acting Director of the Bureau of Safety and Environmental Enforcement, the Bureau of Safety and Environmental Enforcement, the Department of the Interior, and Debra Haaland, in her official capacity as Secretary of the Interior, to extend the stay in the case to October 1, 2021 (R. Doc. 130),

IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that the case and any pending deadlines are stayed through and including October 1, 2021.

New Orleans, Louisiana, this 24th day of June, 2021.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE