UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SIERRA CLUB, *et al.* | CIVIL ACTION |
| VERSUS | NO. 19-13966 |
| SCOTT MABRY, *et al.* | SECTION M (5) |

## ORDER

Considering the consent motion of defendants Scott Mabry, in his official capacity as Acting Director of the Bureau of Safety and Environmental Enforcement, the Bureau of Safety and Environmental Enforcement, the Department of the Interior, and Debra Haaland, in her official capacity as Secretary of the Interior, to extend the stay in the case to December 1, 2021 (R. Doc. 132),

IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that the case and any pending deadlines are stayed through and including December 1, 2021.

New Orleans, Louisiana, this 30th day of September, 2021.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE