UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SIERRA CLUB, *et al.*                          CIVIL ACTION

VERSUS                                           NO. 19-13966

SCOTT MABRY, *et al.*                      SECTION M (5)

## ORDER

Considering the consent motion of defendants Scott Mabry, in his official capacity as Acting Director of the Bureau of Safety and Environmental Enforcement, the Bureau of Safety and Environmental Enforcement, the Department of the Interior, and Debra Haaland, in her official capacity as Secretary of the Interior, to extend the stay in the case to April 1, 2022 (R. Doc. 136),

IT IS ORDERED that the motion to extend the stay (R. Doc. 136) is GRANTED.

IT IS FURTHER ORDERED that the case and any pending deadlines are stayed through and including April 1, 2022.

New Orleans, Louisiana, this 31st day of January, 2022.

                                                              BARRY W. ASHE
                                                              UNITED STATES DISTRICT JUDGE