UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SIERRA CLUB *et al.*, <br>        *Plaintiffs,* <br> v. <br> SCOTT ANGELLE, *et al.*, <br>        *Defendants,* <br> & <br> AMERICAN PETROLEUM INSTITUTE, <br>        *Intervenor-Defendant.* | CIVIL ACTION <br><br> No.:  19-cv-13966-BWA-MBN <br><br> Section:  M <br><br> Judge:  Hon. Barry Ashe <br><br> Magistrate:  Hon. Michael North |

**MOTION TO WITHDRAW AS COUNSEL FOR FEDERAL DEFENDANTS**

Pursuant to Local Rule 83.2.11, Michelle-Ann C. Williams hereby moves the Court to withdraw as counsel for Federal Defendants in the above-captioned matter and requests that the Court remove her name from electronic notification and service lists.

The following counsel will continue to represent Federal Defendants in this matter:

MICHAEL S. SAWYER (DC Bar No. 1009040)
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202)-514-5273
Email: michael.sawyer@usdoj.gov

H. HUBERT YANG (DC Bar No. 491308)
Senior Trial Attorney
Wildlife & Marine Resources Section
Environment & Natural Resources Division
United States Department of Justice
Ben Franklin Station, P.O. Box 7611
Washington, DC 20044-7611

Telephone:  (202) 305-0209
E-mail:  hubert.yang@usdoj.gov

Dated: February 2, 2022

Respectfully submitted,

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division

*/s/ Michelle-Ann C. Williams*
MICHELLE-ANN C. WILLIAMS
Trial Attorney (MD Bar)
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 305-0420 (Williams)
Fax: (202) 305-0506
Email: michelle-ann.williams@usdoj.gov

*Counsel for Federal Defendants*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing is being filed with the Clerk of the Court using the Court's CM/ECF system, thereby serving it on all parties of record on February 2, 2022.

*/s/ Michelle-Ann C. Williams*
MICHELLE-ANN C.WILLIAMS
*Counsel for Federal Defendants*