UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SIERRA CLUB, *et al.*,<br>　　　　　　　　　　*Plaintiffs,*<br>v.<br>SCOTT ANGELLE, *et al.*,<br>　　　　　　　　　　*Defendants,*<br>&<br>AMERICAN PETROLEUM INSTITUTE,<br>　　　　　　　　　　*Intervenor-Defendant.* | CIVIL ACTION<br><br>No.:　　　19-cv-13966-BWA-MBN<br><br>Section:　　M<br><br>Judge:　　　Hon. Barry Ashe<br><br>Magistrate:　Hon. Michael North |

[PROPOSED] ORDER

Upon consideration of Michelle-Ann C. Williams' Motion to Withdraw as Counsel for Federal Defendants, it is hereby ordered that the motion is GRANTED.

IT IS SO ORDERED.

Dated: _____　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Barry Ashe
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE