UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SIERRA CLUB, *et al.* | CIVIL ACTION |
| VERSUS | NO. 19-13966 |
| SCOTT MABRY, *et al.* | SECTION M (5) |

**PROPOSED ORDER**

Considering the consent motion of Defendants Scott Mabry, in his official capacity as Acting Director of the Bureau of Safety and Environmental Enforcement, the Bureau of Safety and Environmental Enforcement, the Department of the Interior, and Debra Haaland, in her official capacity as Secretary of the Interior, to extend the stay in the case by thirty days to May 2, 2022 (R. Doc. 141),

IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that the case and any pending deadlines are stayed through and including May 2, 2022.

New Orleans, Louisiana, this ___ day of April, 2022.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE