UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SIERRA CLUB, *et al.* | CIVIL ACTION |
| VERSUS | NO. 19-13966 |
| KEVIN M. SLIGH SR., *et al.* | SECTION M (5) |

## CONSENT MOTION TO EXTEND STAY

Defendants Kevin M. Sligh Sr.,[1] in his official capacity as Director of the Bureau of Safety and Environmental Enforcement (BSEE), BSEE, the Department of the Interior, and Debra Haaland, in her official capacity as Secretary of the Interior, respectfully submit this unopposed motion to extend the stay in this case by thirty additional days to September 14, 2022. The Court previously stayed the case on March 12, 2021, for sixty days, rec. doc. 127; extended that stay for forty-five days on May 11, 2021, rec. doc. 129; extended that stay for ninety-eight days on June 24, 2021, rec. doc. 131; extended that stay for sixty days on September 30, 2021, rec. doc. 133; extended that stay for sixty days on December 1, 2021, rec. doc. 135; extended that stay for sixty days on January 31, 2022, rec. doc. 137; extended that stay for thirty days on April 4, 2022, rec. doc. 142; extended that stay to June 15, 2022, rec. doc. 145; and extended that stay to August 15, 2022, rec. doc. 147. The stay is currently set to expire on August 15, 2022.

Good cause exists for this request for two reasons. First, an extension of the stay would conserve judicial and party resources, as the Department of the Interior (Department) has indicated that it is currently considering further rulemaking and other administrative action with the potential to moot some or all of the remaining disputes in this case. The Department has been directed to review the rule challenged in this litigation, denominated "Oil and Gas and

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Kevin M. Sligh Sr., the current BSEE Director is "automatically substituted as a party" for Scott Angelle, the former BSEE Director.

Sulfur Operations in the Outer Continental Shelf—Blowout Preventer Systems and Well Control Revisions," 84 Fed. Reg. 21908 (May 15, 2019), pursuant to Executive Order 13990, "Protecting Public Health and the Environment and Restoring Science to Tackle the Climate Crisis," 86 Fed. Reg. 7037 (Jan. 25, 2020). Since the Court entered the last extended stay, rec. doc. 147, the Department has continued to evaluate a potential rulemaking and guidance to revise or clarify the existing regulations for well control and blowout preventer systems, which are the subject of Plaintiffs' Complaint. Because such agency actions may provide an important decision point for Plaintiffs to determine whether and how to proceed with this litigation, extending the stay would allow sufficient time for Plaintiffs to make an informed decision regarding the path forward in this litigation without forcing the Court and the parties to expend resources on disputes that may become moot through subsequent agency action.

Second, an extension of the stay would permit the parties to continue discussing resolution of their differences, thereby potentially obviating the need for further motion practice before the Court. On March 4, 2021, Magistrate Judge North entered an Order and Reasons, rec. doc. 124, that granted Plaintiffs' Motion to Compel Completion of the Administrative Record and Permit Discovery. Defendants presently have until August 22, 2022, to object to that Order, Fed. R. Civ. P. 72(a), and anticipate doing so unless that deadline is stayed. Since the Court entered the last extended stay, rec. doc. 147, counsel for Plaintiffs and Defendants have engaged in further discussions to explore potential resolution options and appear to be making progress toward narrowing the scope of their disputes. An extension of the stay would allow further discussion to continue, thereby increasing the opportunities to settle disputes between the parties.

In light of the foregoing, Defendants submit that there is good cause to extend the stay of the case for an additional thirty days through September 14, 2022. The undersigned counsel

hereby certify that counsel for Plaintiffs and Intervenor-Defendant have stated that their clients do not oppose the requested stay extension.

Respectfully submitted this 15th day of August, 2022.

TODD KIM
Assistant Attorney General

/s/ *Michael S. Sawyer*
MICHAEL S. SAWYER (DC Bar No. 1009040)
Senior Trial Attorney
Natural Resources Section

H. HUBERT YANG (DC Bar No. 491308)
Senior Trial Attorney
Wildlife & Marine Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 514-5273 (Sawyer)
Tel: (202) 305-0209 (Yang)
Fax: (202) 305-0275
E-mail: michael.sawyer@usdoj.gov
E-mail: hubert.yang@usdoj.gov

*Attorneys for Federal Defendants*