UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SIERRA CLUB, *et al.*                                          CIVIL ACTION

VERSUS                                                         NO. 19-13966

SCOTT MABRY, *et al.*                                          SECTION M (5)

# **ORDER**

Considering the consent motion of Defendants Kevin M. Sligh Sr., in his official capacity as Director of the Bureau of Safety and Environmental Enforcement, the Bureau of Safety and Environmental Enforcement, the Department of the Interior, and Debra Haaland, in her official capacity as Secretary of the Interior, to extend the stay in the case by thirty days to January 12, 2023 (R. Doc. 152),

IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that the case and any pending deadlines are stayed through and including January 12, 2023.

New Orleans, Louisiana, this 14th day of December, 2022.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE