UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SIERRA CLUB, *et al.* | CIVIL ACTION |
| VERSUS | NO. 19-13966 |
| KEVIN M. SLIGH SR., *et al.* | SECTION M (5) |

## ORDER

Considering the unopposed motion of defendants Kevin M. Sligh Sr., in his official capacity as Director of the Bureau of Safety and Environmental Enforcement, the Bureau of Safety and Environmental Enforcement, the Department of the Interior, and Debra Haaland, in her official capacity as Secretary of the Interior, to extend the stay in the case to August 15, 2023 (R. Doc. 156),

IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that the case and any pending deadlines are stayed through and including August 15, 2023.

New Orleans, Louisiana, this 3rd day of July, 2023.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE