## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

SIERRA CLUB, *et al.*                                    CIVIL ACTION

VERSUS                                                   NO. 19-13966

KEVIN M. SLIGH SR., *et al.*                            SECTION M (5)

## ORDER

Considering the consent motion of Defendants Kevin M. Sligh Sr., in his official capacity as Director of the Bureau of Safety and Environmental Enforcement, the Bureau of Safety and Environmental Enforcement, the Department of the Interior, and Debra Haaland, in her official capacity as Secretary of the Interior, to extend the stay in the case thirty additional days to September 14, 2023 (R. Doc. 160),

IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that the case and any pending deadlines are stayed through and including September 14, 2023.

New Orleans, Louisiana, this 16th day of August, 2023.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE