UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SIERRA CLUB, *et al.* | CIVIL ACTION |
| VERSUS | NO. 19-13966 |
| SCOTT ANGELLE, *et al.* | SECTION M (5) |

## ORDER

Considering the consent motion of plaintiffs Sierra Club, Natural Resources Defense Council, Healthy Gulf, Center for Biological Diversity, Defenders of Wildlife, Friends of the Earth, North Carolina Coastal Federation, and South Carolina Coastal Conservation League to extend the stay in the case thirty additional days to October 16, 2023 (R. Doc. 162),

IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that the case and any pending deadlines are stayed through and including October 16, 2023.

New Orleans, Louisiana, this 15th day of September, 2023.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE