UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SIERRA CLUB et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> KEVIN M. SLIGH, SR., in his official capacity as DIRECTOR of the BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT et al., <br><br> *Defendants*, <br><br> & <br><br> AMERICAN PETROLEUM INSTITUTE, <br><br> *Intervenor-Defendant.* | CIVIL ACTION <br><br> No.:  19-cv-13966-BWA-MBN <br><br> Section:  M <br><br> Judge:  Hon. Barry Ashe <br><br> Magistrate:  Hon. Michael North |

## JOINT STIPULATION OF DISMISSAL

The Parties, by and through their undersigned counsel, hereby agree to dismiss this case without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Parties further stipulate and agree that each party shall bear its own costs and attorneys' fees.

Respectfully submitted this 11th day of October, 2023.

| | |
|---|---|
| */s/ Joel R. Waltzer* <br> Joel R. Waltzer (La. Bar No. 19268) <br> Waltzer, Wiygul & Garside, LLC <br> 3201 General DeGaulle Drive <br> New Orleans, LA 70114 <br> T: 504-340-6300  F: 504-340-6330 <br> joel@waltzerlaw.com <br><br> *Counsel for Plaintiffs Sierra Club, Natural Resources Defense Council, Healthy Gulf, North Carolina Coastal Federation, and South Carolina Coastal Conservation League* | */s/ Corinne Van Dalen* <br> Corinne Van Dalen (La. Bar No. 21175) <br> Earthjustice <br> 900 Camp Street, Unit 303 <br> New Orleans, LA 70130 <br> T: 415-283-2335  F: 415-217-2040 <br> cvandalen@earthjustice.org <br><br> */s/ Brettny Hardy* <br> Brettny Hardy (*pro hac vice*) <br> Earthjustice <br> 50 California Street, Suite 500 <br> San Francisco, CA 94111 <br> T: 415-217-2000  F: 415-217-2040 <br> bhardy@earthjustice.org |

| | |
|---|---|
| */s/ Devorah Ancel* | */s/ Christopher Eaton* |
| Devorah Ancel (*pro hac vice*) | Christopher Eaton (*pro hac vice*) |
| Sierra Club | Earthjustice |
| 6406 North IH-35, Suite 1806 | 810 Third Avenue, Suite 610 |
| Austin, TX 78752 | Seattle, WA 98104 |
| T: 415-845-7847  F: 510-208-3140 | T: 206-343-7340  F: 206-343-1526 |
| devorah.ancel@sierraclub.org | ceaton@earthjustice.org |
| | |
| *Counsel for Plaintiffs Sierra Club and Healthy Gulf* | *Counsel for Plaintiffs Healthy Gulf, Center for Biological Diversity, Defenders of Wildlife, and Friends of the Earth* |
| | |
| */s/ David Pettit* | */s/ Catherine Wannamaker* |
| David Pettit (*pro hac vice*) | Catherine Wannamaker (*pro hac vice*) |
| Natural Resources Defense Council | Southern Environmental Law Center |
| 1314 2nd Street | 463 King Street, Suite B |
| Santa Monica, CA 90401 | Charleston, SC 29403 |
| T: 310-434-2300  F: 888-875-6868 | T: 843-720-5270  F: 843-414-7039 |
| dpettit@nrdc.org | cwannamaker@selcsc.org |
| | |
| *Counsel for Plaintiff Natural Resources Defense Council* | *Counsel for Plaintiffs North Carolina Coastal Federation and South Carolina Coastal Conservation League* |
| | |
| TODD KIM | */s/ Alida C. Hainkel* |
| Assistant Attorney General | Alida C. Hainkel (La. Bar No. 24114) |
| | Jonathan A. Hunter (La. Bar No. 18619) |
| */s/ Michael S. Sawyer* | Sarah Y. Dicharry (La. Bar No. 34514) |
| Michael S. Sawyer (DC Bar No. 1009040) | Jones Walker LLP |
| Senior Trial Attorney | 201 St. Charles Avenue, Suite 5100 |
| Natural Resources Section | New Orleans, LA 70170 |
| Environment & Natural Resources Division | T: 504-582-8000  F: 504-582-8583 |
| United States Department of Justice | ahainkel@joneswalker.com |
| P.O. Box 7611 | jhunter@joneswalker.com |
| Washington, DC 20044 | sdicharry@joneswalker.com |
| T: 202-514-5273  F: 202-305-0275 | |
| michael.sawyer@usdoj.gov | *Counsel for Intervenor-Defendant American Petroleum Institute* |
| | |
| *Counsel for Federal Defendants* | |